# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SAMUEL MOTT,

    Plaintiff,

vs.

                                            Case No. 1:09cv178-MP/WCS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Defendant has moved for remand of this action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 18. Plaintiff has filed a response. Doc. 19. A sentence four remand is discretionary, but requires that the court enter "a judgment affirming, modifying, or reversing the decision of the Commissioner." The proper option in this case is to reverse the Commissioner's decision and remand. Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

Accordingly, it is **RECOMMENDED** that the court enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure **REVERSING** the ALJ's decision as it pertains to the time period September 22, 2004 thru May 17, 2006, and **AFFIRMING** the decision as to Plaintiff's disability as of May 18, 2006, and **REMAND** this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). Upon remand the ALJ shall follow the instructions set forth in the Defendant's Memorandum in Support of his Motion to Remand for the time period September 22, 2004 thru May 17, 2006.

**IN CHAMBERS** at Tallahassee, Florida, on July 12, 2010.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**